

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNN A. WILSON | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 05-6800 |
| JOHN J. ASTRUE | : | |
| Commissioner of Social Security | : | |
| Defendant | : | |

**ORDER**

J. CURTIS JOYNER, J.

AND NOW, this 6th day of June, 2007, upon consideration of the parties' cross-motions for summary judgment and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment (Doc. No. 6) is **DENIED**;

3. The Commissioner's Motion for Summary Judgment is **GRANTED**; and

4. The Clerk is directed to enter **JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF** and to mark this case closed.

BY THE COURT:

J. CURTIS JOYNER, J.